GAS 245D    (Rev. 10/24) Judgment in a Criminal Case for Revocations

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

APR 17 2026

FILED

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**v.**<br>Damien Lamont Wimberly | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Case Number:    1:20CR00051-1<br><br>USM Number:    23611-021<br><br>C. Troy Clark<br>Defendant's Attorney |

## THE DEFENDANT:

☒ admitted guilt to Violation Numbers 2 through 6, mandatory and special conditions of the term of supervision.

☒ was found in violation of special condition (Violation Number 7) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | June 12, 2025 |

See page 2 for additional violations

The defendant is sentenced as provided on page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated Violation Number 1, the mandatory condition, and is discharged as to such violation.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No:  3257

April 14, 2026
Date of Imposition of Judgment

Defendant's Year of Birth: 1980

Signature of Judge

City and State of Defendant's Residence:

Augusta, Georgia

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
Name and Title of Judge

4/17/2026
Date

GAS 245D        Judgment in a Criminal Case for Revocations                                    Judgment — Page 2 of 3

DEFENDANT:        Damien Lamont Wimberly
CASE NUMBER:      1:20CR00051-1

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | January 7, 2026 |
| 4 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | February 5, 2026 |
| 5 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | March 9, 2026 |
| 6 | You failed to comply with the conditions of a curfew (special condition). | December 13, 2024 |
| 7 | You failed to reside in a residential reentry center for a term of up to 6 months (special condition). | June 10, 2025 |

GAS 245D        Judgment in a Criminal Case for Revocations                    Judgment — Page **3** of **3**

DEFENDANT:          Damien Lamont Wimberly
CASE NUMBER:        1:20CR00051-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>8 months, with no supervision to follow.</u>

☐   The Court makes the following recommendations to the Bureau of Prisons:

☒   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at _____   ☐  a.m.   ☐  p.m.   on _____ .

   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 2 p.m. on _____ .

   ☐   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:




Defendant delivered on _____   to _____

at _____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL


By _____
DEPUTY UNITED STATES MARSHAL